Maurice VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
(301) 444-4600
mac@mbvesq.com
Special Counsel for Wendell Webster in
His Official Capacity as Chapter 7 Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| IN RE: | ) | 23-00378-ELG |
| BROUGHTON CONSTRUCTION CO., LLC | ) | CHAPTER 7 |
| Debtor. | ) | |
| WENDELL W. WEBSTER, chapter 7 Trustee, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Adv. Proc. No. 25-10053-ELG |
| R13 COMMUNITY PARTNERS LLC, et al., | ) | |
| Defendants. | ) | |

**<u>MOTION TO SUBSTITUTE COUNSEL FOR TRUSTEE</u>**

Wendell W. Webster, Chapter 7 Trustee ("Trustee") of the bankruptcy estate of Broughton Construction Co., LLC ("Debtor"), by and through undersigned counsel, hereby moves for entry of an order substituting counsel, and in support thereof, states as follows:

1. On December 14, 2025 the Trustee filed the above captioned adversary proceeding.

2. The Trustee previously engaged the law firm of McNamee Hosea, P.A. to pursue this case.

3. The Trustee is engaging Maurice VerStandig and The VerStandig Law Firm, LLC to represent the estate in this adversary proceeding as the principal of R13 Community Partners LLC has raised concerns that could create a potential business conflict for McNamee Hosea, P.A.to

represent the Trustee in this specific matter. To avoid the appearance of impropriety, the Trustee is engaging Maurice VerStandig and The VerStandig Law Firm, LLC on this matter.

4. An application to employ Maurice VerStandig and The Verstandig Law Firm, LLC has been filed in the main case.

WHEREFORE, the Trustee requests that this Court substitute Maurice VerStandig and The VerStandig Law Firm, LLC in the place of Justin P. Fasano and McNamee Hosea, P.A. in the above captioned adversary proceeding.

Dated: March 4, 2026            Respectfully submitted,

/s/ Maurice VerStandig
Maurice VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
(301) 444-4600
mac@mbvesq.com
Special Counsel for Wendell Webster in
His Official Capacity as Chapter 7 Trustee

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 4th day of March, 2026, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig

2