The order below is hereby signed.

Signed: March 4 2026



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: | 23-00378-ELG |
| BROUGHTON CONSTRUCTION CO., LLC | CHAPTER 7 |
| Debtor. | |
| WENDELL W. WEBSTER, chapter 7 Trustee, | |
| Plaintiff, | |
| vs. | Adv. Proc. No. 25-10053-ELG |
| R13 COMMUNITY PARTNERS LLC, et al., | |
| Defendants. | |

### ORDER SUBSTITUTING COUNSEL FOR DEBTOR

THIS MATTER is before the Court upon the *Motion to Substitute Counsel* (the "Motion") filed by Wendell W. Webster, Chapter 7 Trustee ("Trustee") of the bankruptcy estate of Broughton Construction Co., LLC ("Debtor") seeking leave to substitute Maurice VerStandig and The VerStandig Law Firm, LLC as counsel for the Trustee in place of Justin P. Fasano and

McNamee Hosea, P.A..  Upon consideration of the Motion, and it further appearing that good and sufficient cause exists to grant the Motion, it is therefore

**ORDERED**, that Maurice VerStandig and The VerStandig Law Firm, LLC are substituted as counsel for the Trustee in this adversary proceeding in the place of Justin P. Fasano and McNamee Hosea, P.A., and it is further

**ORDERED**, that the appearances of Justin P. Fasano and McNamee Hosea, P.A. shall be deemed withdrawn in this adversary proceeding.

## END OF ORDER

**SEEN AND AGREED**

/s/ *Maurice Verstandig*
Maurice VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
(301) 444-4600
mac@mbvesq.com
Special Counsel for Wendell Webster in
His Official Capacity as Chapter 7 Trustee

/s/ *Justin P. Fasano*
McNamee Hosea, P.A.
Justin P. Fasano, Esquire (Bar No. MD21201)
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
Phone: 301-441-2420
jfasano@mhlawyers.com