The order below is hereby signed.

Signed: March 4 2026

Elizabeth L. Gunn
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: | 23-00378-ELG |
| BROUGHTON CONSTRUCTION CO., LLC | CHAPTER 7 |
| Debtor. | |
| WENDELL W. WEBSTER, chapter 7 Trustee, | |
| Plaintiff, | |
| vs. | Adv. Proc. No. 25-10053-ELG |
| R13 COMMUNITY PARTNERS LLC, et al., | |
| Defendants. | |

### ORDER SUBSTITUTING COUNSEL FOR DEBTOR

THIS MATTER is before the Court upon the *Motion to Substitute Counsel* (the "Motion") filed by Wendell W. Webster, Chapter 7 Trustee ("Trustee") of the bankruptcy estate of Broughton Construction Co., LLC ("Debtor") seeking leave to substitute Maurice VerStandig and The VerStandig Law Firm, LLC as counsel for the Trustee in place of Justin P. Fasano and

McNamee Hosea, P.A.. Upon consideration of the Motion, and it further appearing that good and sufficient cause exists to grant the Motion, it is therefore

**ORDERED**, that Maurice VerStandig and The VerStandig Law Firm, LLC are substituted as counsel for the Trustee in this adversary proceeding in the place of Justin P. Fasano and McNamee Hosea, P.A., and it is further

**ORDERED**, that the appearances of Justin P. Fasano and McNamee Hosea, P.A. shall be deemed withdrawn in this adversary proceeding.

**END OF ORDER**

**SEEN AND AGREED**

/s/ *Maurice Verstandig*
Maurice VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
(301) 444-4600
mac@mbvesq.com
Special Counsel for Wendell Webster in
His Official Capacity as Chapter 7 Trustee

/s/ *Justin P. Fasano*
McNamee Hosea, P.A.
Justin P. Fasano, Esquire (Bar No. MD21201)
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
Phone: 301-441-2420
jfasano@mhlawyers.com

United States Bankruptcy Court
District of Columbia

Webster, Chapter 7 Trustee for Broughton,
    Plaintiff

Adv. Proc. No. 25-10053-ELG

R13 Community Partners LLC,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0090-1     User: admin     Page 1 of 2
Date Rcvd: Mar 05, 2026     Form ID: pdf001     Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol     Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | BRP Hill East Development LLC, c/o CT Corporation System, 1015 15th Street NW, Suite 1000, Washington, DC 20005-2621 |
| dft | | U Street Parking, Inc., c/o Henok Tesfaye, 12908 9th Street NW, Washington, DC 20001 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Mar 05 2026 22:00:00 | U. S. Trustee for Region Four, U. S. Trustee's Office, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 07, 2026     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2026 at the address(es) listed below:

**Name**     **Email Address**

Christopher J. Giaimo
    on behalf of Defendant R13 Community Partners LLC christopher.giaimo@squirepb.com
    sarah.conley@squirepb.com,christopher-j-giaimo-6409@ecf.pacerpro.com

Christopher J. Giaimo
    on behalf of Defendant U Street Parking  Inc. christopher.giaimo@squirepb.com,

District/off: 0090-1 | User: admin | Page 2 of 2
Date Rcvd: Mar 05, 2026 | Form ID: pdf001 | Total Noticed: 3

sarah.conley@squirepb.com,christopher-j-giaimo-6409@ecf.pacerpro.com

Christopher J. Giaimo

on behalf of Defendant Frontier Development and Hospitality Group LLC christopher.giaimo@squirepb.com
sarah.conley@squirepb.com,christopher-j-giaimo-6409@ecf.pacerpro.com

Christopher J. Giaimo

on behalf of Defendant BRP Hill East Development LLC christopher.giaimo@squirepb.com
sarah.conley@squirepb.com,christopher-j-giaimo-6409@ecf.pacerpro.com

Justin Philip Fasano

on behalf of Plaintiff Wendell W. Webster  Chapter 7 Trustee for Broughton Construction Company jfasano@mhlawyers.com,
jfasano@ecf.courtdrive.com;tmackey@mhlawyers.com;cmartin@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Maurice Belmont VerStandig

on behalf of Plaintiff Wendell W. Webster  Chapter 7 Trustee for Broughton Construction Company mac@mbvesq.com,
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

TOTAL: 6