**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:** | **Case No. 23-00378-ELG** |
| **Broughton Construction Co., LLC**<br>**Debtor** | **Chapter 7** |
| **Wendell W. Webster, Chapter 7 Trustee for Broughton Construction Company**<br>**Plaintiff(s)**<br><br>**v.**<br><br>**R13 Community Partners LLC**<br><br>**BRP Hill East Development LLC**<br><br>**Frontier Development and Hospitality Group LLC**<br><br>**U Street Parking, Inc.**<br><br>**Defendant(s)** | **Adv. Pro. No. 25-10053-ELG** |

**ORDER TO SHOW CAUSE**

The Defendant had until **3/18/2026** to cure the deficiencies set forth in the **Notice to Party Filing Deficient Pleading(s) Document(s) (Docket No. 17).** The Defendant having not cured the deficiencies, it is therefore ORDERED that:

The Defendant shall appear at a hearing before this court on **4/8/2026 at 2:00PM in Courtroom 1 and via video conference (contact Gunn_Hearings@dcb.uscourts.gov for Zoom information)** to show cause why the why the pleading should not be stricken from the record for failure to timely cure the deficiencies.

For the Court:
Angela D. Caesar
BY: MB
Dated: 3/24/2026

Copies to: Recipients of electronic notifications; Creditor; appointed trustee.