**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:** | **Case No. 23-00378-ELG** |
| **Broughton Construction Co., LLC**<br>**Debtor** | **Chapter 7** |
| **Wendell W. Webster, Chapter 7 Trustee for Broughton Construction Company**<br>**Plaintiff(s)** | |
| **v.** | **Adv. Pro. No. 25-10053-ELG** |
| **R13 Community Partners LLC** | |
| **BRP Hill East Development LLC** | |
| **Frontier Development and Hospitality Group LLC** | |
| **U Street Parking, Inc.** | |
| **Defendant(s)** | |

## ORDER TO SHOW CAUSE

The Defendant had until **3/18/2026** to cure the deficiencies set forth in the **Notice to Party Filing Deficient Pleading(s) Document(s) (Docket No. 17).** The Defendant having not cured the deficiencies, it is therefore ORDERED that:

The Defendant shall appear at a hearing before this court on **4/8/2026 at 2:00PM in Courtroom 1 and via video conference (contact Gunn_Hearings@dcb.uscourts.gov for Zoom information)** to show cause why the why the pleading should not be stricken from the record for failure to timely cure the deficiencies.

For the Court:
Angela D. Caesar
BY: MB
Dated: 3/24/2026

Copies to: Recipients of electronic notifications; Creditor; appointed trustee.

United States Bankruptcy Court

District of Columbia

Webster, Chapter 7 Trustee for Broughton,
    Plaintiff
                                                         Adv. Proc. No. 25-10053-ELG

R13 Community Partners LLC,
    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0090-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 24, 2026 | Form ID: pdf001 | Total Noticed: 5 |

The following symbols are used throughout this certificate:

**Symbol**        **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | BRP Hill East Development LLC, c/o CT Corporation System, 1015 15th Street NW, Suite 1000, Washington, DC 20005-2621 |
| dft | + | Frontier Development and Hospitality Group LLC, c/o Charles Evens, 3467 14th Street, NW, Suite 1, Washington, DC 20010-3405 |
| dft | | R13 Community Partners LLC, c/o Agents and Corporations, INc., 1201 Orange Street, SUite 600, One Commerce Center, Wilmington, DE 19801 |
| dft | | U Street Parking, Inc., c/o Henok Tesfaye, 12908 9th Street NW, Washington, DC 20001 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Mar 24 2026 23:24:00 | U. S. Trustee for Region Four, U. S. Trustee's Office, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2026                            Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher J. Giaimo | on behalf of Defendant BRP Hill East Development LLC christopher.giaimo@squirepb.com sarah.conley@squirepb.com,christopher-j-giaimo-6409@ecf.pacerpro.com |

District/off: 0090-1                                      User: admin                                      Page 2 of 2

Date Rcvd: Mar 24, 2026                                  Form ID: pdf001                                 Total Noticed: 5

Christopher J. Giaimo

        on behalf of Defendant R13 Community Partners LLC christopher.giaimo@squirepb.com
sarah.conley@squirepb.com,christopher-j-giaimo-6409@ecf.pacerpro.com

Christopher J. Giaimo

        on behalf of Defendant U Street Parking  Inc. christopher.giaimo@squirepb.com,
sarah.conley@squirepb.com,christopher-j-giaimo-6409@ecf.pacerpro.com

Christopher J. Giaimo

        on behalf of Defendant Frontier Development and Hospitality Group LLC christopher.giaimo@squirepb.com
sarah.conley@squirepb.com,christopher-j-giaimo-6409@ecf.pacerpro.com

Maurice Belmont VerStandig

        on behalf of Plaintiff Wendell W. Webster  Chapter 7 Trustee for Broughton Construction Company mac@mbvesq.com,
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email


TOTAL: 5