Maurice VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
(301) 444-4600
mac@mbvesq.com
*Special Counsel for Wendell Webster in*
*His Official Capacity as Chapter 7 Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-378-ELG |
| | ) | |
| BROUGHTON CONSTRUCTION CO., LLC | ) | (Chapter 7) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| WENDELL WEBSTER, in His Official Capacity as Chapter 7 Trustee, | ) | Case No. 25-10053-ELG |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| R13 COMMUNITY PARTNERS, LLC | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF MOTION TO DISMISS**

NOTICE IS HEREBY GIVEN that R13 Community Partners, LLC has moved to dismiss this adversary proceeding, asserting the trustee/plaintiff has failed to state a claim for which relief may be sought.

NOTICE OF DEADLINE TO OBJECT. If you do not want the Court to grant the motion or if you would like the Court to consider your views, then ON OR BEFORE May 20, 2026, you must file and serve a written objection to the motion. The objection must be filed with the Clerk

1

of the Bankruptcy Court, U.S. Courthouse, 333 Constitution Ave., N.W., Washington, D.C. 20001 and served (by delivery or mailing a copy) upon the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your objection.

NOTICE OF HEARING. A hearing on the motion has been scheduled before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, for May 27, 2026 at 10:00 AM. The hearing will be held in person and via Zoom video conferencing. For meeting code, contact Gunn_Hearings@dcb.uscourts.gov.

Respectfully submitted,

Dated: April 7, 2026

By: /s/ Maurice B. VerStandig
    Maurice B. VerStandig, Esq.
    Bar No. MD18071
    The VerStandig Law Firm, LLC
    9812 Falls Road, #114-160
    Potomac, Maryland 20854
    Phone: (301) 444-4600
    Facsimile: (301) 444-4600
    mac@mbvesq.com
    *Special Counsel to Wendell Webster*
    *In His Official Capacity as*
    *Chapter 7 Trustee*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of April, 2026, a copy of the foregoing was served electronically upon filing via the ECF.

/s/ Maurice B. VerStandig
Maurice B. VerStandig