**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:** | **Case No. 25-10053-ELG** |
| **Broughton Construction Co., LLC**<br>**Debtor** | **Chapter 7** |

## ORDER DISCHARGING ORDER TO SHOW CAUSE

On 03/24/2026, the Court issued an Order to Show Cause (ECF No. 23). The Filer having complied with the Order to Show Cause, it is

ORDERED that the Court's Order to Show Cause is DISCHARGED.

For the Court:
Angela D. Caesar
BY: MB
Dated: 04/07/2026

Copies to: Recipients of electronic notifications; Debtor; appointed trustee.

United States Bankruptcy Court

District of Columbia

Webster, Chapter 7 Trustee for Broughton,
     Plaintiff

Adv. Proc. No. 25-10053-ELG

R13 Community Partners LLC,
     Defendant

# CERTIFICATE OF NOTICE

| District/off: 0090-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 07, 2026 | Form ID: pdf001 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | BRP Hill East Development LLC, c/o CT Corporation System, 1015 15th Street NW, Suite 1000, Washington, DC 20005-2621 |
| dft | | U Street Parking, Inc., c/o Henok Tesfaye, 12908 9th Street NW, Washington, DC 20001 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Apr 07 2026 22:22:00 | U. S. Trustee for Region Four, U. S. Trustee's Office, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2026            Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher J. Giaimo | on behalf of Defendant R13 Community Partners LLC christopher.giaimo@squirepb.com sarah.conley@squirepb.com,christopher-j-giaimo-6409@ecf.pacerpro.com |
| Christopher J. Giaimo | on behalf of Defendant U Street Parking  Inc. christopher.giaimo@squirepb.com, sarah.conley@squirepb.com,christopher-j-giaimo-6409@ecf.pacerpro.com |

District/off: 0090-1                           User: admin                                          Page 2 of 2
Date Rcvd: Apr 07, 2026                      Form ID: pdf001                                 Total Noticed: 3

Christopher J. Giaimo

on behalf of Defendant Frontier Development and Hospitality Group LLC christopher.giaimo@squirepb.com sarah.conley@squirepb.com,christopher-j-giaimo-6409@ecf.pacerpro.com

Christopher J. Giaimo

on behalf of Defendant BRP Hill East Development LLC christopher.giaimo@squirepb.com sarah.conley@squirepb.com,christopher-j-giaimo-6409@ecf.pacerpro.com

Maurice Belmont VerStandig

on behalf of Plaintiff Wendell W. Webster  Chapter 7 Trustee for Broughton Construction Company mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

TOTAL: 5