## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

In Re:

BROUGHTON CONSTRUCTION CO., LLC

     Debtor.

Case No. 23-00378-ELG

---

WENDELL W. WEBSTER, chapter 7 Trustee,
c/o Justin P. Fasano, Esq.
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770

     Plaintiff,

     v.

R13 COMMUNITY PARTNERS LLC,
c/o Agents and Corporations, Inc.
1201 Orange Street Suite 600
One Commerce Center
Wilmington DE 19801

     Defendant.

BRP Hill East Developmental LLC,
c/o C T CORPORATION SYSTEM
1015 15TH STREET NW, Suite 1000
Washington, DC 20005

Frontier Development and Hospitality Group
LLC,
c/o Charles Evens
3467 14th Street, NW, Suite #1
Washington, DC 20010

and

U Street Parking, Inc.
c/o HENOK TESFAYE
1208 9th STREET NW
Washington, DC 20001

Adv. No. 25-10053-ELG

-2-

**DEFENDANTS' NOTICE OF VOLUNTARY DISMISSAL OF
MOTION TO DISMISS AND BRIEF IN SUPPORT [ECF 12]**

Defendant R13 Community Partners LLC ("R13"), on behalf of itself and BRP Hill East Development LLC, Frontier Development and Hospitality Group LLC, and U Street Parking, Inc. (altogether with R13, the "Defendants"), by counsel, hereby advises the Court that this matter has been resolved and voluntarily dismisses its Motion to Dismiss and Brief in Support filed on March 2, 2026 [ECF 12].  Counsel for the Debtor does not oppose dismissal.

Dated: May 22, 2026

Respectfully submitted,

*/s/ Christopher J. Giaimo*
**SQUIRE PATTON BOGGS (US) LLP**
Christopher J. Giaimo (Bar # 458974)
2550 M Street, NW
Washington, DC 20037
Telephone: (202) 457-6461
Christopher.giaimo@squirepb.com

*Counsel for R13 Community Partners, LLC*

-3-

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 22, 2026, copies of Defendants' Notice of Voluntary Dismissal of Motion to Dismiss and Brief in Support [ECF 12] filed electronically and are available by operation of the Court's electronic filing system.

*/s/ Christopher J. Giaimo*
Christopher J. Giaimo

-3-